**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:       In re Paula Miller

Appellate case number:     01-13-00871-CV

Trial court case number:   2011-65843

Trial court:                         23rd District Court of Brazoria County

      Relator, Paula Miller, has filed a "Motion for Rehearing on Relator's Motion for Emergency Stay." We **deny** the motion.

      It is so ORDERED.

Judge's signature:/s/ Jane Bland
            ☒ Acting individually    ☑ Acting for the Court

Date: October 17, 2013